UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA DE JESUS,<br><br>           Petitioner,<br><br>v.<br><br>STEVEN J. SOUZA,<br>     *Superintendent*,<br><br>           Respondent. | Civil Action No. 19-11476-WGY |

## NOTICE OF CANCELLATION OF REMOVAL

Respondent hereby notify this Honorable Court that the Department of Homeland Security has cancelled Petitioner's removal from the United States. Petitioner has filed a Petition for Review in the United States Court of Appeals for the First Circuit. *Angela De Jesus Concepcion v. Barr,* No. 20-1314. On March 25, 2020, the appeals court entered a temporary stay of removal pending further order of the court. *See* Order, attached hereto. Accordingly, Petitioner's removal from the United States is cancelled at this time.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Eve A. Piemonte*
     Eve A. Piemonte
     Assistant United States Attorney
     United States Attorney's Office
     John J. Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3369
     Eve.Piemonte@usdoj.gov

Dated: March 30, 2020

## CERTIFICATE OF SERVICE

      I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | */s/ Eve A. Piemonte* |
|  | Eve A. Piemonte |
| Dated: March 30, 2020 | Assistant United States Attorney |